**168** McMAHON vs. CIRCUIT JUDGE (Iron), No. 13090.

To dismiss appeal from circuit court commissioner.

Ordered that within 20 days after notice appellant file in the Circuit Court a bond approved by the circuit court commissioner, otherwise that the appeal be dismissed, November 16, 1892, with costs.

The proceeding was to recover possession of certain premises and complainant recovered judgment. Defendant appealed, filing a bond in the sum of $200, approved by the county clerk. Relator insisted that the bond did not cover the rental value of the premises, or contain the condition that defendant in case complainant obtained restitution, would pay the rent due, under Sec. 8307, How. Stat. That section provides that the same proceedings shall be had upon appeal, as in cases of appeals from judgment rendered before a justice of the peace. How., Sec. 7000, as amended in 1885, provides that the bond may be taken by the justice or by any other justice of the peace of the same county, or by the county clerk of said county, but it was held that the statute in force in 1851 controlled. See How. Stat., Sec. 7000; 2nd Comp. Laws, 1857, Sec. 3837.